**Order filed December 2, 2021.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-21-00646-CV**

---

**IN RE HENRY MALONE, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**215th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-78051**

---

## ORDER

On November 8, 2021, relator Henry Malone filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Elaine H. Palmer, presiding judge of the 215th District Court of Harris County, to vacate the trial court's order signed October 7, 2021, denying relator's motion to compel deposition responses and continuation of Dr. Ronald Henry, M.D.'s deposition and assess costs of second deposition.

Relators must file with the petition a sufficient record to establish the right to relief. *Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992) (orig. proceeding). Rule 52.7(a)(2) of the Texas Rules of Appellate Procedure requires the relators to file with the petition "a properly authenticated transcript of any relevant testimony from any underlying proceeding, including any exhibits offered into evidence, or a statement that no testimony was adduced in connection with the matter complained." Tex. R. App. P. 52.7(a)(2). Here, relator's petition indicates that on October 7, 2021, the trial court held a Zoom hearing on relator's motion to compel. Relator's petition is neither accompanied by a reporter's record of a hearing nor a statement that no testimony was adduced in connection with the matter complained. *See* Tex. R. App. P. 52.7(a)(2).

By this order, the Court gives relator notice that his petition will be denied unless relator supplements and/or amends his petition to address the record issue identified above on or before December 16, 2021.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Hassan (Christopher, C.J., dissents to order).